WILLIAM S. LEEDS, Appellant, v. MARY E. JOYCE, Respondent.

*Appeal — unanimous affirmance of judgment entered upon decision of Special Term — appeal therefrom without permission, dismissed.*

Leeds v. Joyce, 202 App. Div. 696, appeal dismissed.
(Argued November 20, 1922; decided November 28, 1922.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 10, 1922, unanimously affirming a judgment in favor of defendant entered upon the decision of the court on trial at Special Term.

The motion was made upon the ground that permission to appeal had not been obtained.

*Henry L. Schaefer* and *Jacob J. Aronson* for motion.
*Eugene Frayer* opposed.

Motion granted, without costs.